```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 34997
   CORLEAVRENCE D DESHAZER
   ANNIE M DESHAZER                         CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5360     SSN XXX-XX-2752

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/01/2005 and was confirmed 11/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was dismissed after confirmation 02/11/2008.
------------------------------------------------------------------------------
 CREDITOR NAME                 CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------
 WELLS FARGO AUTO FINANCE  SECURED            10425.00         867.66       10425.00
 WELLS FARGO AUTO FINANCE  UNSECURED            977.37            .00            .00
 WELLS FARGO FINANCIAL AC  NOTICE ONLY       NOT FILED            .00            .00
 ABSOLUTE COLLECTION SER   UNSECURED         NOT FILED            .00            .00
 ABSOULUTE COLLECTION SER  UNSECURED         NOT FILED            .00            .00
 ABSOULUTE COLLECTION SER  UNSECURED         NOT FILED            .00            .00
 OSI PORTFOLIO SERVICES    UNSECURED           1203.80            .00            .00
 BALLYS TOTAL FITNESS      NOTICE ONLY       NOT FILED            .00            .00
 PORTFOLIO ACQUISITIONS    NOTICE ONLY       NOT FILED            .00            .00
 NUMARK CREDIT UNION       UNSECURED          14293.37            .00         160.25
 PREMIER BANCARD CHARTER   UNSECURED            508.87            .00            .00
 PREMIER BANCARD CHARTER   UNSECURED            467.33            .00            .00
 FRIEDMANS JEWELERS        SECURED NOT I       757.13            .00            .00
 NCO FINANCIAL SYSTEMS IN  NOTICE ONLY       NOT FILED            .00            .00
 HOLY CROSS EMERGENCY PHY  UNSECURED         NOT FILED            .00            .00
 KCA FINANCIAL SERVICES    NOTICE ONLY       NOT FILED            .00            .00
 PORTFOLIO RECOVERY ASSOC  UNSECURED          19095.77            .00         214.09
 JL WATSON & ASSOCIATES    UNSECURED         NOT FILED            .00            .00
 KCA FINANCIAL SERVICES    UNSECURED         NOT FILED            .00            .00
 MCI RESIDENTIAL SERVICES  UNSECURED         NOT FILED            .00            .00
 PARK DANSAN               NOTICE ONLY       NOT FILED            .00            .00
 MILITARY STAR CREDIT CAR  UNSECURED         NOT FILED            .00            .00
 NCO FINANCIAL SYSTEMS IN  UNSECURED         NOT FILED            .00            .00
 ALDER & ASSOCIATES        NOTICE ONLY       NOT FILED            .00            .00
 MBNA AMERICA              NOTICE ONLY       NOT FILED            .00            .00
 NET 1ST BANK              UNSECURED         NOT FILED            .00            .00
 PIONMEERML                UNSECURED         NOT FILED            .00            .00
 ASSET ACCEPTANCE CORP     UNSECURED            988.99            .00            .00
 ASSET ACCEPTANCE CORP     NOTICE ONLY       NOT FILED            .00            .00
 CB USA                    NOTICE ONLY       NOT FILED            .00            .00
 CBUSA SEARS               NOTICE ONLY       NOT FILED            .00            .00
 SEARS ROEBUCK & CO        NOTICE ONLY       NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 34997 CORLEAVRENCE D DESHAZER & ANNIE M DESHAZER
```

```
WEST ASSET MANAGEMENT      UNSECURED      NOT FILED              .00              .00
LEDFORD & WU               DEBTOR ATTY    1,950.00                          1,950.00
TOM VAUGHN                 TRUSTEE                                            805.33
DEBTOR REFUND              REFUND                                              49.67

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   14,472.00

PRIORITY                                              .00
SECURED                                         10,425.00
    INTEREST                                       867.66
UNSECURED                                          374.34
ADMINISTRATIVE                                   1,950.00
TRUSTEE COMPENSATION                               805.33
DEBTOR REFUND                                       49.67
                          --------------      --------------
TOTALS                    14,472.00             14,472.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 05/23/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE